UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| EILEEN RUGGERI COCCIA,<br>       Plaintiff,<br><br>       v.<br>TARGET CORPORATION, et al.,<br>       Defendants.<br>                                                                    / | No. C 12-1386 EDL<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date:       September 28, 2012<br>Mediator:  Noah Blechman |

   IT IS HEREBY ORDERED that the request to allow defendant Target Corporation's insurer claims person, Linda Clark, to appear telephonically the September 28, 2012, mediation session before Noah Blechman is GRANTED.  Ms. Clark shall be available at all times to participate telephonically in the mediation in accordance with ADR L.R. 6-10(f).

   IT IS SO ORDERED.

August 27, 2012                          By: _____
Dated                                                    Donna M. Ryu
                                                         United States Magistrate Judge

GRANTED
Judge Donna M. Ryu