UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

EILEEN RUGGERI COCCIA,
    Plaintiff,

    v.

TARGET CORPORATION, et al.,
    Defendants.

No. C 12-1386 EDL

**ORDER RE: ATTENDANCE AT MEDIATION**

Date:    September 28, 2012
Mediator:  Noah Blechman

    IT IS HEREBY ORDERED that the request to allow defendant Target Corporation's insurer claims person, Linda Clark, to appear telephonically the September 28, 2012, mediation session before Noah Blechman is GRANTED. Ms. Clark shall be available at all times to participate telephonically in the mediation in accordance with ADR L.R. 6-10(f).

    IT IS SO ORDERED.

August 27, 2012    By: _____
Dated                               Donna M. Ryu
                                       United States Magistrate Judge

GRANTED
Judge Donna M. Ryu

UNITED STATES DISTRICT COURT
For the Northern District of California