1  WYNNE HERRON, ESQ.
   LAURA HERRON WEBER, ESQ.
2  HERRON & HERRON
   18360 Sonoma Highway
3  Sonoma, CA 95476
   Tel.: 707-933-4430
4  Fax: 707-933-4431

5  Attorneys for Plaintiff
   EILEEN RUGGERI COCCIA
6

7  GAIL C. TRABISH, ESQ. (SBN 103482)
   BOORNAZIAN, JENSEN & GARTHE
8  A Professional Corporation
   555 12th Street, Suite 1800
9  Oakland, CA  94607
   Telephone: (510) 834-4350
10 Facsimile: (510) 839-1897

11 Attorneys for Defendant
   TARGET CORPORATION
12

13

14                    UNITED STATES DISTRICT COURT

15                    NORTHERN DISTRICT OF CALIFORNIA

16

17 EILEEN RUGGERI COCCIA,          )   Case No. C12-01386EDL
                                   )
18             Plaintiff,           )
                                   )
19 vs.                              )   **STIPULATION AND [PROPOSED]**
                                   )   **ORDER CONTINUING THE**
20 TARGET CORPORATION, and Does 1   )   **MEDIATION DATE AND CASE**
   through 10, inclusive,           )   **MANAGEMENT CONFERENCE**
21                                 )
               Defendants.          )
22                                 )
                                   )   Complaint Filed:  December 5, 2011
23 _____ )

24        Plaintiff EILEEN RUGGERI COCCIA, by and through her counsel, Wynne Herron Esq.

25 of Herron and Herron and Defendant TARGET CORPORATION, by and through its counsel, Gail

26 Trabish of Boornazian Jensen & Garthe, agree and stipulate that the Mediation initially set for

27 September 28, 2012 cannot go forward due to the unavailability of plaintiff, who is set for surgery

28
                                          -1-

1  on September 25, 2012. The parties, through their counsel of record and the mediator have agreed
2  to continue the Mediation until December 13, 2012 at 2:30 p.m.

3      Each party respectfully requests that the court order that the mediation deadline be
4  continued until after December 13, 2012, and that the Case Management Conference scheduled for
5  October 16, 2012 be continued to a date convenient to the court following after December 13,
6  2012.

7

8  DATED: September 5, 2012        HERRON & HERRON

9

10                                   By: /s/ Wynne Herron
11                                     WYNNE HERRON, ESQ.
                                    LAURA HERRON WEBER, ESQ.
12                                     Attorneys for Plaintiff
                                    EILEEN RUGGERI COCCIA
13

14 DATED: September 5, 2012        BOORNAZIAN, JENSEN & GARTHE
15                                     A Professional Corporation

16

17                                 By: /s/ Gail C. Trabish
                                    GAIL C. TRABISH, ESQ.
18                                     Attorneys for Defendant
                                    TARGET CORPORATION
19

20

21

22 26931\591760
23

24

25

26

27

28                                     -2-

## ORDER

THE COURT, having considered the stipulation of the parties and good cause appearing orders as follows:

The mediation date of September 28, 2012 is continued to December 13, 2012.

The case management conference presently set for October 16, 2012, is continued to January 8, 2013, at 10:00 a.m. A Joint Case Management Conference Statement shall be due no later than January 3, 2013_____.

IT IS SO ORDERED.

DATED: September 6_____, 2012        By: _____
                                          HONORABLE ELIZABETH D. LAPORTE
                                          U.S. MAGISTRATE JUDGE